AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia ▾

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Nicholas Francois Wines | ) |
| | ) |
| | ) |
| | ) |
*Defendant(s)*

Case No.  7:23-MJ-19

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 19, 2021_____ in the county of _____Roanoke (city)_____ in the
_____Western_____ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine. |
| 18 U.S.C. 922(g)(1) | Possession of Firearm by Convicted Felon |
| 18 U.S.C. 924(c) | Possession of Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See accompaning affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam G. Grubb, F.B.I. Task Force Officer
*Printed name and title*

Sworn to by telephone.

Date:  __February 14, 2023__

*Robert S. Ballou*
_____
*Judge's signature*

City and state:  _____Roanoke, Virginia_____

Hon. Robert S. Ballou
*Printed name and title*